# Third District Court of Appeal

## State of Florida

Opinion filed July 12, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1677
Lower Tribunal No. 18-1761
_____

**Daisy Tapia**,
Appellant,

vs.

**State Farm Florida Insurance Company, etc.**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Legal Armor The People's Law Firm, Inc., and Alian M. Perez, for appellant.

Butler Weihmuller Katz Craig LLP, and Brian A. Hohman (Tampa); Russo Appellate Firm, P.A., and Elizabeth K. Russo, for appellee.

Before LOGUE, C.J., and LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Goldberg v. Universal Prop. & Cas. Ins. Co., 302 So. 3d

919 (Fla. 4th DCA 2020) (insured's breach of contract action was premature where suit was filed without having first submitted supplemental claim, competing estimate, or demand letter specifying claim to inform insurer of amount of additional benefits insured believed he was entitled); see also Allied Prop. Grp., Inc. v. Micor, LLC, 338 So. 3d 1024 (Fla. 3d DCA 2022) (party cannot raise issue for first time on appeal).